UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO ALVAREZ-VASQUEZ,<br><br>　　　　　Defendant. | Case No. 97cr2209 JM<br><br>**ORDER AND JUDGMENT** |

　　This matter comes before the Court on the United States' motion to dismiss the indictment and request to recall the arrest warrant (Doc. No. 10).

　　IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

　　IT IS FURTHER ORDERED that the arrest warrant be recalled.

DATED: March 8, 2018

　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　United States District Judge