# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

vs )

Gerardo Alvarez-Vasquez )
)
)

CASE NUMBER ___97 CR 2209 - JM___

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of___3/8/18___

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

__✓____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Jeffrey T. Miller

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL    Clerk
by    G. CAZARES

Deputy Clerk

Received_____
DUSM

Crim-9    (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY